In the Matter of the Application of JOHN E. HALLAREN, a Bankrupt, to Have a Certain Judgment of GLADALYN RICHTER, an Infant, by LOTTIE RICHTER, Her Guardian ad Litem, Canceled and Discharged of Record. LOTTIE RICHTER, as Guardian ad Litem for GLADALYN RICHTER, an Infant, etc., Judgment Creditor, Appellant; JOHN E. HALLAREN, Judgment Debtor, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of MORRIS CARL SCHNEIDKRAUT, an Attorney.— Motion for reargument denied. Present — Lazansky, P. J., Young, Hagarty and Carswell, JJ.; Tompkins, J., not voting.

In the Matter of the Application of CELIA TISHMAN for Payment of Award for Lot No. 26 in Block 7255 in the Proceeding for Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Consisting of Buildings Bounded by Ocean Parkway, West Avenue, Van Sicklen Place and Riverside Avenue, Borough of Brooklyn, City of New York, Duly Selected as a Site for School Purposes According to Law.— Motion to confirm report of official referee granted. Order signed. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

BERTHA P. LIPPMAN, Appellant, v. LOUIS PIZITZ DRY GOODS COMPANY, a Foreign Corporation, Respondent.— Motion to dismiss appeal granted upon condition that costs imposed by the order of this court dated January 23, 1931, be accepted by the plaintiff within five days after the entry of the order herein and notice thereof, or if defendant fails or neglects to pay said costs within that time. If plaintiff refuses to accept payment by defendant of said costs within that time, the tender will, for the purpose of opening the default, be deemed a sufficient compliance under the original order of this court, dated January 23, 1931, and defendant will be entitled to go to trial. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

ALFONSO or ALFRED LONGO, Appellant, v. ANNA LONGO, Respondent.— Motion to dismiss appeal granted, with ten dollars costs, appeal dismissed, with ten dollars costs and disbursements, and stay contained in the order of this court dated January 16, 1931, vacated. Motion for stay of proceedings in this court denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

MARLEE, INC., Respondent, v. THORIA BITTAR, Appellant.— Motion for leave to appeal to the Court of Appeals from contempt order denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

FORTUNATO MIMINO, Appellant, v. STEAMSHIP TERMINAL OPERATING CORPORATION, Respondent.— Motion to extend time granted upon condition that appellant perfect appeal for the June term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

JOHN MOLLER, Respondent, v. THE PEOPLES NATIONAL BANK OF BROOKLYN, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.